276 So.2d 621

**In re William Leonard O'NEAL**

**v.**

**STATE.**

**Ex parte William Leonard O'Neal.**

**SC 275.**

Supreme Court of Alabama.

April 19, 1973.

John V. Denson of Samford, Torbert, Denson & Horsley, Opelika, for petitioner.

No brief for respondent State.

FAULKNER, Justice.

Petition of William Leonard O'Neal for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in O'Neal v. State, 50 Ala.App. 31, 276 So.2d 616.

Writ denied.

HEFLIN, C. J., and MERRILL, HARWOOD and MADDOX, JJ., concur.